IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES R. THOMPSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 06-249-MJR |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Plaintiff's Motion for Extension of Time **(Doc. 14)** is **GRANTED.**

Plaintiff is granted an extension of time, up to and including **February 16, 2007**, in which to file his brief.

**IT IS SO ORDERED.**

**DATE: January 18, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
